MARIA SEGALL v. EST, AN EDUCATIONAL CORPORATION.

July 23, 1985.

Cross-petition for certification denied.

PRUDENTIAL INSURANCE COMPANY OF AMERICA v. DAVID
PRASHKER AND MICHAEL PRASHKER.

July 23, 1985.

Petition for certification denied. (See 201 *N.J.Super.* 553)

CLAIRE SCHIFF v. SUMMIT BOARD OF ADJUSTMENT AND
CIBA-GEIGY CORPORATION.

July 23, 1985.

Petition for certification denied.

ANIERO CONCRETE CO., INC. v. ORLANDO–ANASTASI
JOINT VENTURE.

July 23, 1985.

Petition for certification denied.